

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JAN 1 3 1999

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

| | | |
|---|---|---|
| IN THE MATTER OF TIDEWATER INC., TIDEWATER MARINE, INC. AND TWENTY GRAND OFFSHORE, INC., OWNERS AND/OR OWNERS PRO HAC VICE OF THE M/V GEERD TIDE | : : : | CONSOLIDATED CIVIL ACTION NO. 98CV-0081  JUDGE TRIMBLE  MAGISTRATE JUDGE WILSON |

| | | |
|---|---|---|
| IN THE MATTER OF VERMILION CORPORATION, OWNER OF THE M/V MALLARD | : : : | CIVIL ACTION NO. 98-0101  JUDGE TRIMBLE  MAGISTRATE JUDGE WILSON |

## <u>MOTION TO COMPEL DISCOVERY</u>

Complainants, Tidewater Inc., Tidewater Marine, Inc., and Twenty Grand Offshore, Inc., request that claimants, Robin G. Costa and Earl Bentz, Executors of the Estates of Margaret H. Maddox and Dan W. Maddox, through their attorney of record, be compelled to provide responses to the Interrogatories and Request for Production of Documents propounded on July 31, 1998 by Complainants in the captioned matter for the reasons outlined more fully in the attached memorandum of law.

Respectfully submitted:

LABORDE & NEUNER

BY: _____
Clyde F. Laborde III - #8062
Susan Stagg Robinson - #2078
Post Office Drawer 52828
Lafayette, Louisiana 70505
Telephone:    (318) 237-7000
Facsimile:    (318) 233-9450



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has this day been forwarded to all known counsel of record by placing a copy of same in the United States Mail, postage properly addressed and postage prepaid.

_____, Louisiana this 12th day of January, 1999.

_____
OF COUNSEL

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

JAN 1 3 1999

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

| | | |
|---|---|---|
| IN THE MATTER OF TIDEWATER INC., TIDEWATER MARINE, INC. AND TWENTY GRAND OFFSHORE, INC., OWNERS AND/OR OWNERS PRO HAC VICE OF THE M/V GEERD TIDE | : : : : | CONSOLIDATED CIVIL ACTION NO. 98CV-0081 JUDGE TRIMBLE MAGISTRATE JUDGE WILSON |

| | | |
|---|---|---|
| IN THE MATTER OF VERMILION CORPORATION, OWNER OF THE M/V MALLARD | : : : | CIVIL ACTION NO. 98-0101 JUDGE TRIMBLE MAGISTRATE JUDGE WILSON |

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY

Complainants, Tidewater Inc., Tidewater Marine, Inc., and Twenty Grand Offshore, Inc., propounded Interrogatories and Requests for Production of Documents to Robin G. Costa and Earl Bentz, Executors of the Estates of Margaret H. Maddox and Dan W. Maddox, through their attorney of record, on July 31, 1998. (Exhibit "A", interrogatories; Exhibit "AA," Order permitting complainants to propound more than 25 interrogatories to claimants). On August 27, 1998, Tidewater granted a 30 day extension to respond until September 30, 1998. (Exhibit "B"). Undersigned counsel sent a follow-up letter on October 12, 1998 requesting responses. (Exhibit "C"). Undersigned counsel thereafter sent another letter dated November 4, 1998, scheduling a Local Rule 37.1 Conference for November 11, 1998 to discuss the outstanding discovery responses. (Exhibit "D"). Then, on December 18, 1998, undersigned counsel again requested responses to

Complainants' discovery requests. (Exhibit "E"). To date, Tidewater has not received responses to discovery requests from Robin G. Costa and Earl Bentz, Executors of the Estates of Margaret H. Maddox and Dan W. Maddox.

For the reasons outlined above, Tidewater Inc., Tidewater Marine, Inc., and Twenty Grand Offshore, Inc. request that the motion to compel be granted and that Robin G. Costa and Earl Bentz, Executors of the Estates of Margaret H. Maddox and Dan W. Maddox, be ordered to provide complete responses to Complainants' interrogatories and request for production of documents.

Respectfully submitted:

LABORDE & NEUNER

BY: _____
Cliffe E. Laborde III - #8062
Susan Stagg Robinson - #2078
Post Office Drawer 52828
Lafayette, Louisiana 70505
Telephone:      (318) 237-7000
Facsimile:      (318) 233-9450

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has this day been forwarded to all known counsel of record by placing a copy of same in the United States Mail, postage properly addressed and postage prepaid.

Lafayette, Louisiana this _____ day of _____, 1999.

_____
OF COUNSEL

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF TIDEWATER INC., TIDEWATER MARINE, INC. AND TWENTY GRAND OFFSHORE, INC., OWNERS AND/OR OWNERS PRO HAC VICE OF THE M/V GEERD TIDE | : : : | CONSOLIDATED CIVIL ACTION NO. 98CV-0081 JUDGE TRIMBLE MAGISTRATE JUDGE WILSON |
| IN THE MATTER OF VERMILION CORPORATION, OWNER OF THE M/V MALLARD | : : : | CIVIL ACTION NO. 98-0101 JUDGE TRIMBLE MAGISTRATE JUDGE WILSON |

## CERTIFICATE OF 37.1 CONFERENCE

Pursuant to Rule 37.1 of the Local Rules, I certify that after telephone conversations and correspondence with counsel for Robin G. Costa and Earl Bentz, Executors of the Estates of Margaret H. Maddox and Dan W. Maddox, I have not received responses to Interrogatories and Request for Production of Documents propounded by complainants, Tidewater Inc., Tidewater Marine, Inc., and Twenty Grand Offshore, Inc. on July 31, 1998, and we have been unable to resolve this matter without Court intervention.

Respectfully submitted:

LABORDE & NEUNER

BY: _____
Cliffe N. Laborde III - #8062
Susan Stagg Robinson - #2078
Post Office Drawer 52828
Lafayette, Louisiana 70505
Telephone:     (318) 237-7000
Facsimile:     (318) 233-9450

# C E R T I F I C A T E

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing a copy of same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 12th day of _____, 1999.

_____
OF COUNSEL

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | : | CIVIL ACTION NO. 98CV-0081 |
| TIDEWATER INC., TIDEWATER | | |
| MARINE, INC. AND TWENTY GRAND | | |
| OFFSHORE, INC., OWNERS | : | JUDGE TRIMBLE |
| AND/OR OWNERS PRO HAC VICE OF | | |
| THE M/V GEERD TIDE | : | MAGISTRATE JUDGE WILSON |

| | | |
|---|---|---|
| IN THE MATTER OF | : | CIVIL ACTION NO. 98-0101 |
| VERMILION CORPORATION, | | |
| OWNER OF THE M/V MALLARD | : | JUDGE TRIMBLE |
| | : | MAGISTRATE JUDGE WILSON |

## INTERROGATORIES

TO:  ROBIN G. COSTA AND EARL BENTZ, Executors
     of the Estates of Margaret H. Maddox and Dan W. Maddox
     through their attorney of record,
     Mr. John R. Martzell
     Martzell & Bickford
     338 Lafayette Street
     New Orleans, LA  70130

Complainants, Tidewater Inc., Tidewater Marine, Inc., and
Twenty Grand Offshore, Inc., propound the following
Interrogatories upon claimants, Robin G. Costa and Earl Bentz,
Executors of the Estates of Margaret H. Maddox and Dan W. Maddox,
through their attorney of record, to be answered in writing and
under oath, and answers are to be furnished to counsel for
complainants within thirty (30) days.  These Interrogatories are
deemed continuing.

## DEFINITIONS

The following definitions apply to these Interrogatories and
the Request for Production of Documents filed in this matter.

**EXHIBIT**

**A**

A.    "Concerning" or "relating" (or their derivatives) means referring to, responding to, connected with, commenting on, in respect of, about, discussing, showing, describing, mentioning, or evidencing.

B.    "Document," means every conceivable form of writing, whether original or duplicate (different from the original because of notations made on the duplicate) including, but not limited to, letters, memos, minutes, opinions, work notes, contracts, proposed agreements, audio or video recording or tapes, recordings on tape or other media including recorded telephone conversations, photographs, diagrams or reports, diaries, logs, bills, invoices, statements, computer printouts and any codes necessary to comprehend the printouts and computer disks.

C.    "Identify," when referring to a person, means that the answer shall state the full name of the person, the person's present or last-known address, present or last-known business affiliation and position, and the person's home and business telephone numbers.

D.    "Identify," when referring to a document, means that the answer shall describe the document, state the date, author and recipient of the document and identify any person who possesses the document or who exerts any control over the document.

INTERROGATORY NO. 1:

Please state for Margaret H. Maddox and Dan W. Maddox and yourself, dates and places of birth, residence addresses from ten (10) years prior to the death of Margaret H. Maddox and Dan W. Maddox until present, Social Security numbers, driver's license numbers and state or states of issuance.

<u>ANSWER TO INTERROGATORY NO. 1</u>:

<u>INTERROGATORY NO. 2</u>:

    Please state the dates of all of the marriages of Margaret
H. Maddox and Dan W. Maddox; the names and addresses of all
spouses; the dates of termination of the marriages, if any, and
whether the terminations were by divorce, separation, annulment
or death.

<u>ANSWER TO INTERROGATORY NO. 2</u>:

INTERROGATORY NO. 3:

Were Margaret H. Maddox and Dan W. Maddox living together on the date of their deaths?  If not, when was the last time they lived together?  How long did they live together?

ANSWER TO INTERROGATORY NO. 3:

INTERROGATORY NO. 4:

State the names and addresses of all schools attended by both Margaret H. Maddox and Dan H. Maddox, giving the inclusive dates of attendance, whether they be public, private, military, trade school, or special training, and with respect to each, describe the type of training received, the highest grade reached, and the degree or certificate obtained by each Margaret H. Maddox and Dan H. Maddox.

ANSWER TO INTERROGATORY NO. 4:

INTERROGATORY NO. 5:

State the name, age and address of each of the children, parents and/or dependents, if any, of Margaret H. Maddox and Dan W. Maddox and the name and address of the head of the household wherein each child or dependent presently resides, as well as the name and address of the head of the household wherein each child or dependent resided at the time of the deaths of Margaret H. Maddox and Dan W. Maddox; and whether such child, parent or dependent was dependent upon Margaret H. Maddox and Dan W. Maddox for financial support or maintenance at the time of their deaths, and if, the amount of financial support or maintenance provided by Margaret H. Maddox and/or Dan W. Maddox to such child, parent or dependent.

ANSWER TO INTERROGATORY NO. 5:

INTERROGATORY NO. 6:

Did Margaret H. Maddox and/or Dan W. Maddox ever serve, in any capacity, in the military service or file a claim or receive payment for disability from the Veterans Administration?  If so, please give the dates, rank, service number and branch of service, type of discharge from each tour of duty or enlistment, the nature of and reason for the disability and pension, if any.

ANSWER TO INTERROGATORY NO. 6:

INTERROGATORY NO. 7:

   Please provide the name and address of all financial
institutions with which Margaret H. Maddox and/or Dan W. Maddox
have had any dealings in the last five years and include all
account name(s) and number(s).

ANSWER TO INTERROGATORY NO. 7:

INTERROGATORY NO. 8:

   State the names and addresses of all doctors, hospitals,
clinics or other health care providers by whom Margaret H. Maddox
and Dan W. Maddox were examined and treated, were the subject of
any tests or x-rays, received out-patient care or were
hospitalized for any reason whatsoever from 1988 until their
deaths.  With respect to each such doctor, hospital, clinic or
health care provider, please state the date, purpose and nature
of the examination or treatment.

ANSWER TO INTERROGATORY NO. 8:

INTERROGATORY NO. 9:

Please provide the name, home and business addresses, home and business telephone numbers and employer of all persons having any knowledge of any matter in any way relevant to the subject matter involved in the pending action, and include a brief statement of the information known to any such persons.

ANSWER TO INTERROGATORY NO. 9:

INTERROGATORY NO. 10:

Please provide the name, home and business addresses, home and business telephone numbers and employer of persons with whom you, your attorney and/or persons representing you have spoken in the course of investigating the accident in this case and state whether an oral, written or recorded statement has been obtained, the dates all such statements were taken and custodians of all statements.

ANSWER TO INTERROGATORY NO. 10:

INTERROGATORY NO. 11:

Please identify all impeachment evidence in your possession or known to you concerning any issue or witness in this lawsuit.

ANSWER TO INTERROGATORY NO. 11:

INTERROGATORY NO. 12:

Please state the names and addresses of all employers by whom Margaret H. Maddox and Dan W. Maddox were employed at any time during the period 1988 through 1998, the nature of the employment, the date of its commencement and termination, and their total earnings with each, including all periods of self-employment.

ANSWER TO INTERROGATORY NO. 12:

INTERROGATORY NO. 13:

     Please provide the name, home and business addresses, home
and business telephone numbers and employer of all witnesses you
may or will call at the trial of the matter, the phase of the
case in which they will testify and briefly summarize their
expected testimony.  If they are expert witnesses, please
indicate whether the expert has rendered an oral or written
report, the area of expertise of each expert, the subject matter
on which the expert is expected to testify, the substance of the
facts and opinions to which the expert is expected to testify and
a summary of the grounds for each opinion.

ANSWER TO INTERROGATORY NO. 13:

INTERROGATORY NO. 14:

     Please identify all exhibits you may use or introduce at the
trial of this case, including but not limited to photographs,
blueprints, manuals, etc., and state the purpose of your
intention to use or introduce each.

ANSWER TO INTERROGATORY NO. 14:

INTERROGATORY NO. 15:

Please itemize all expenses incurred on behalf of the estates as well as all sources of income or other money or assistance received by the estates at any time since the date of the accident, indicating the amounts thereof, and, if you are making a claim for loss of income or wages as a result of the accident, please list and verify the dates on which said loss of income began and terminated, and the amounts per day, per week, per month, or per year or the total amount which you claim to be attributable to loss of wages or income as a result of the accident; and describe your method of calculations of the alleged loss.

ANSWER TO INTERROGATORY NO. 15:

INTERROGATORY NO. 16:

Had either Margaret H. Maddox and/or Dan W. Maddox ever been a party to any claim or suit whatsoever, including but not limited to worker's compensation or lawsuit(s) for bodily injuries or personal injuries?  If so, give the style and number of each lawsuit or claim, the date on which the suit or claim was filed, the name and address of their attorneys, the names and addresses of any involved insurance companies, their employers at the time of the claim, any physician, chiropractor or doctor of osteopathy who tested, treated or examined them in connection with each suit or claim, a description of the injury, and the ultimate disposition of the claim or lawsuit, including the amount of money paid to them or on their behalf.

ANSWER TO INTERROGATORY NO. 16:

INTERROGATORY NO. 17:

In your claim and answer, you state that complainants are liable for your damages because they were negligent and the M/V GEERD TIDE was unseaworthy.  Please state with specificity:

(a)   All facts and documents upon which you base your contention that the collision and resulting damages were caused by the negligence, navigational error, statutory violation or other fault of the crew, employees, officers, directors, agents and representatives and the unseaworthiness of the M/V GEERD TIDE;

(b)   All facts and documents upon which you base your conclusion that the unseaworthiness of the M/V GEERD TIDE and the negligence and fault of the crew were within the privity and knowledge of Tidewater Inc., Tidewater Marine, Inc. and Twenty Grand Offshore, Inc.;

(c)   All facts and documents upon which you base your allegations that Tidewater Inc., Tidewater Marine, Inc. and Twenty Grand Offshore, Inc. failed to institute and enforce an adequate rescue policy sufficient to have rescued Dan W. Maddox and Margaret H. Maddox before the sinking of the M/V MALLARD;

(d)   All facts and documents upon which you base your contention that the collision and resulting damages were caused by the fault, negligence, statutory fault and unseaworthiness of the M/V GEERD TIDE, all of which occurred prior to the commencement of the voyage of the M/V GEERD TIDE on January 14, 1998;

(e)   All facts and documents upon which you base your allegations that Tidewater Inc., Tidewater Marine, Inc. and Twenty Grand Offshore, Inc. failed to provide a seaworthy crew and vessel;

(f)   All facts and documents upon which you base your allegations that Tidewater Inc., Tidewater Marine, Inc. and Twenty Grand Offshore, Inc. failed to properly train the crew;

(g)   All facts and documents upon which you base your allegations that Tidewater Inc., Tidewater Marine, Inc. and Twenty Grand Offshore, Inc. failed to enforce the policy of strict obedience to and compliance with the navigational rules of the road;

(h)   All facts and documents upon which you base your allegations that Tidewater Inc., Tidewater Marine, Inc. and Twenty Grand Offshore, Inc. failed to establish and enforce a "no-wake" policy for small vessels;

(i)   All facts and documents upon which you base your
      allegations that Tidewater Inc., Tidewater Marine, Inc.
      and Twenty Grand Offshore, Inc. failed to establish and
      enforce a policy that operators not operate while under
      the influence of medications known to or which can
      cause drowsiness;

(j)   All facts and documents upon which you base your
      allegations that the owners of the M/V GEERD TIDE
      violated 46 U.S.C. § 2303 and how this caused the
      collision;

(k)   All facts and documents upon which you base your
      allegations that Margaret H. Maddox and Dan W. Maddox
      survived the collision but were trapped inside the
      capsized hull of the M/V Mallard and ultimately drowned
      when the M/V Mallard sank approximately thirty (30)
      minutes after the collision; and

(l)   All facts and documents upon which you base your
      allegations that complainants are not entitled to
      exoneration from or limitation of liability.

ANSWER TO INTERROGATORY NO. 17:

INTERROGATORY NO. 18:

Please provide the name, home and business addresses, home
and business telephone numbers and employer of all persons who
contend they were dependent upon Margaret H. Maddox and Dan W.
Maddox on January 14, 1998 and please specify the amount they
received in cash or kind from Margaret H. Maddox and Dan W.
Maddox on that date and for the preceding year.

ANSWER TO INTERROGATORY NO. 18:

INTERROGATORY NO. 19:

Please provide the description, nature, custodian(s),
condition and location of any books, documents or other tangible
things which are relevant in any way to the subject matter
involved in the pending action.

ANSWER TO INTERROGATORY NO. 19:

INTERROGATORY NO. 20:

    Please give a detailed account of the funeral expenses and loss of inheritable estate that you claim as a result of this accident.

ANSWER TO INTERROGATORY NO. 20:

INTERROGATORY NO. 21:

    Please itemize all of your claimed damages with specificity.

ANSWER TO INTERROGATORY NO. 21:

INTERROGATORY NO. 22:

Please state whether you contend anyone besides complainants caused or contributed to the deaths of Margaret H. Maddox and Dan W. Maddox.  If your answer is in the affirmative, <u>identify</u> every person or company, as well as every officer, agent, or employee of that person or company, or any other personnel, whether employed by that person or company or not, whose negligence or fault you claim caused or contributed to the deaths of Margaret H. Maddox and Dan W. Maddox.

ANSWER TO INTERROGATORY NO. 22:

INTERROGATORY NO. 23:

Please give an account, itemizing it as fully as you can, of all expenses or financial losses which you claim were incurred by the estates of Margaret H. Maddox and Dan W. Maddox as a result of the collision and the deaths of Mr. and Mrs. Maddox.

ANSWER TO INTERROGATORY NO. 23:

INTERROGATORY NO. 24:

For the period 1996 through 1998, please provide the names, addresses, telephone numbers, employers and income of all members of the household of Margaret H. Maddox and Dan W. Maddox as well as the amount each member of the household contributed to the household expenses.

ANSWER TO INTERROGATORY NO. 24:

INTERROGATORY NO. 25:

Please identify all professional, trade, service, industry, governmental, charitable, civic or advisory organizations or associations of which Margaret H. Maddox and Dan W. Maddox were members for any time during the period 1988 through 1998.

ANSWER TO INTERROGATORY NO. 25:

INTERROGATORY NO. 26:

    With regard to organizations or associations listed in
response to the preceding interrogatory, identify which
organizations or associations have drafted or disseminated
materials dealing with hunting regulations or procedures, vessel
operations, vessel safety, transportation of passengers, and/or
navigational rules of the road.

ANSWER TO INTERROGATORY NO. 26:

INTERROGATORY NO. 27:

    Please provide the names of all medications which Margaret
H. Maddox and Dan W. Maddox had taken during the one year period
prior to their deaths, including prescription and over-the-
counter medicines, as well as the reason for taking such
medication, and if prescription, please provide the name and
address of the physician who prescribed each medication.

ANSWER TO INTERROGATORY NO. 27:

INTERROGATORY NO. 28:

Please list in detail all household expenses, loan payments and other financial outlays on a per month basis for the period 1997 through 1998.

ANSWER TO INTERROGATORY NO. 28:

INTERROGATORY NO. 29:

Please specify Margaret H. Maddox's and Dan W. Maddox's annual gross and net incomes for the period 1988 through 1998.

ANSWER TO INTERROGATORY NO. 29:

INTERROGATORY NO. 30:

     Were there any pending separation or divorce proceedings
involving Margaret H. Maddox and Dan W. Maddox at the time of
their deaths?  If so, please provide the caption for each
proceeding, the location of the courthouse in which such
proceeding was pending and the attorneys representing each party
in the proceedings.

ANSWER TO INTERROGATORY NO. 30:

INTERROGATORY NO. 31:

     Were either Margaret H. Maddox or Dan W. Maddox members of
Bayou Hunting Club on January 14, 1998?  If so, please provide
the length of time either had been a member of Bayou Hunting
Club, the method by which either had become a member of Bayou
Hunting Club, the amount of money paid by either to become and/or
remain a member, as well as all benefits and responsibilities of
being a member of Bayou Hunting Club.

ANSWER TO INTERROGATORY NO. 31:

INTERROGATORY NO. 32:

Please specify all assets and liabilities of Margaret H. Maddox and Dan W. Maddox at the time of their deaths.

ANSWER TO INTERROGATORY NO. 32:

INTERROGATORY NO. 33:

Please list all of the hobbies and recreational activities of Margaret H. Maddox and Dan W. Maddox at the time of their deaths and the cost of each such hobby or recreational activity.

ANSWER TO INTERROGATORY NO. 33:

**INTERROGATORY NO. 34:**

Have you entered into any settlement agreements, compromise agreements, Mary Carter agreements, agreements not to sue or to be sued or any other agreements with regard to the collision made the basis of this lawsuit.  If so, please identify each such agreement with specificity, including all parties to each agreement, the date when entered, whether it was written or verbal and if written, all persons with copies of the agreements.

**ANSWER TO INTERROGATORY NO. 34:**

**INTERROGATORY NO. 35:**

Did you make any claims as a result of the collision?  If so, please identify the person or company that made each claim, the person or company to whom each claim was made, the amount and nature of each claim, the broker on each claim, all action taken on each claim, whether, when, by whom and to whom a notice of loss and/or proof of claim was made, whether payment was made, the amount of all payments and the name of the person who handled the claim on your behalf.

**ANSWER TO INTERROGATORY NO. 35:**

<u>INTERROGATORY NO. 36</u>:

Please state whether you or anyone acting on your behalf (including, but not limited to, representatives, employees, experts, counsel or agents) conducted any investigations, surveys and/or appraisals following the collision regarding the extent of the damage caused by the collision, the cause of the collision, the value of the M/V MALLARD and its pending freight or the value of the M/V GEERD TIDE and its pending freight. If the answer is affirmative, identify each investigation, survey and/or appraisal and for each please state:

    (a)   The name, employer, job title, occupation, address and telephone number of the person by whom it was conducted;

    (b)   The dates of each investigation, survey or appraisal;

    (c)   Whether such investigation, survey or appraisal was done in person or by review of documentation, photographs or other manner; and

    (d)   The complete findings and results of each investigation, survey or appraisal and all persons or entities now having possession of these results or reports of any of the investigations, surveys or appraisals.

<u>ANSWER TO INTERROGATORY NO. 36</u>:

INTERROGATORY NO. 37:

Please state the full name, present or last known address, business affiliation and home and business telephone number of each expert retained or employed on behalf of you, whether expected to be called as a witness at trial or not and/or whose work product or opinions will be relied upon by any expert who will testify, stating for each such expert:

(a)   Name, title, occupation, address and telephone number;

(b)   Subject matter on which each expert has been retained or employed;

(c)   The substance of the facts and opinions of each expert as to the collision, damages, losses, repairs, cause, or other matters relevant to these proceedings, and a summary of the grounds for each opinion; and

(d)   A brief chronological resume or CV of the expert's education and professional background, including: (1) associations or societies of which the expert is a member; (2) the title, publisher, date and form of all documentary material published by the expert within his or her field; (3) the expert's education and experience in the field or subject matter concerned; (4) a list of all cases in which the expert has been retained and/or given testimony at a deposition or at trial, including the name of the case and the court, the date of retention and testimony and the client, lawyer and law firm by whom each was retained.

ANSWER TO INTERROGATORY NO. 37:

<u>INTERROGATORY NO. 38</u>:

Please identify and describe all impeachment evidence in your possession or known to you in any way concerning or relating to this lawsuit or any witness or party to this lawsuit, including in your answer the type and nature of the impeachment evidence, the name, address, job title and employer of any person whose testimony will be introduced for impeachment purposes and the name, address and employer of any persons or companies who will be impeached by the evidence, as well as the date of the impeachment evidence and the name, address, employer and telephone number of the present custodians of the evidence.

<u>ANSWER TO INTERROGATORY NO. 38</u>:

<u>INTERROGATORY NO. 39</u>:

If you have withheld any information or documents from discovery, please list and describe all information or documents withheld, and the specific objection or claim of privilege with regard thereto.

<u>ANSWER TO INTERROGATORY NO. 39</u>:

Respectfully submitted:

LABORDE & NEUNER

BY: _____
Clifford E. Laborde III - 8062
Susan Stagg Robinson - 2078
P.O. Drawer 52828
Lafayette, LA 70505
(318) 237-7000

<u>CERTIFICATE</u>

I HEREBY CERTIFY that the above and foregoing pleading has
been served upon all known counsel of record, by placing a copy
of same in the United States Mail, postage prepaid and properly
addressed this ____ day of _____, 1998.

_____

STATE OF _____

COUNTY OF _____


    BEFORE ME, the undersigned Notary, came Robin G. Costa and Earl Bentz, Executors of the Estates of Margaret H. Maddox and Dan W. Maddox, who after being duly sworn, stated that the above answers to Interrogatories have been made by them after consultation with their attorney.


                                    _____
                                    ROBIN G. COSTA


                                    _____
                                    EARL BENTZ


    This _____ day of _____, 19____.


                        _____
                             NOTARY PUBLIC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF TIDEWATER INC., TIDEWATER MARINE, INC. AND TWENTY GRAND OFFSHORE, INC., OWNERS AND/OR OWNERS PRO HAC VICE OF THE M/V GEERD TIDE | : : : | CIVIL ACTION NO. 98CV-0081 JUDGE TRIMBLE MAGISTRATE JUDGE WILSON |
| IN THE MATTER OF VERMILION CORPORATION, OWNER OF THE M/V MALLARD | : : : | CIVIL ACTION NO. 98-0101 JUDGE TRIMBLE MAGISTRATE JUDGE WILSON |

## REQUEST FOR PRODUCTION OF DOCUMENTS

TO:  ROBIN G. COSTA AND EARL BENTZ, Executors
     of the Estates of Margaret H. Maddox and Dan W. Maddox
     through their attorney of record,
     Mr. John R. Martzell
     Martzell & Bickford
     338 Lafayette Street
     New Orleans, LA  70130

Complainants, Tidewater Inc., Tidewater Marine, Inc., and

Twenty Grand Offshore, Inc., request that claimants, Robin G.

Costa and Earl Bentz, Executors of the Estates of Margaret H.

Maddox and Dan W. Maddox, produce the following documents for

inspection and/or copying at the office of Laborde and Neuner,

One Petroleum Center, 1001 West Pinhook Road, Suite 200,

Lafayette, Louisiana, 70505, within 30 days.

REQUEST FOR PRODUCTION NO. 1:

     Please produce copies of the Federal and State income tax
returns, including all schedules and forms, filed by or on behalf
of Margaret H. Maddox and Dan W. Maddox for the years of 1985
through the present date, as well as copies of the Federal and
State income tax returns, including all schedules and forms,
filed by or on behalf of all persons claiming dependency upon
Margaret H. Maddox and Dan W. Maddox for the same time period.

RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

REQUEST FOR PRODUCTION NO. 2:

     Please produce all medical records of any type whatsoever
which relate to Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

REQUEST FOR PRODUCTION NO. 3:

     Please sign and date the attached Authorization for Release
of Medical Records authorizing all physicians and hospitals who
have rendered any treatment to Margaret H. Maddox and Dan W.
Maddox to release copies of their records and reports.

RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

REQUEST FOR PRODUCTION NO. 4:

     Please produce all statements, be they recorded, oral,
written, transcribed or of any other nature, which are in the
possession of you, your attorney, your agent and/or
representative, which in any way are related to the collision,
the deaths of Margaret H. Maddox and Dan W. Maddox and/or the
claims sued upon.

RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

REQUEST FOR PRODUCTION NO. 5:

Please produce all photographs, diagrams, drawings and/or
videotapes of any object or persons in any way connected with the
collision, the deaths of Margaret H. Maddox and Dan W. Maddox,
this litigation, and/or the claims sued upon.

RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

REQUEST FOR PRODUCTION NO. 6:

Please sign and date the attached Authorization for release
of tax records of Margaret H. Maddox and Dan W. Maddox from the
Internal Revenue Service.

RESPONSE TO REQUEST FOR PRODUCTION NO. 6:

REQUEST FOR PRODUCTION NO. 7:

Please sign and date the attached Authorization for Release
of the Itemized Statement of Earnings of Margaret H. Maddox and
Dan W. Maddox from the Social Security Administration.

RESPONSE TO REQUEST FOR PRODUCTION NO. 7:

REQUEST FOR PRODUCTION NO. 8:

Please produce copies of any and all expert reports rendered
in connection  with this litigation, whether or not you intend to
use the individual who provided such report as an expert at
trial.

RESPONSE TO REQUEST FOR PRODUCTION NO. 8:

REQUEST FOR PRODUCTION NO. 9:

Please sign and date the attached Authorization for Release of Personnel Records authorizing all past employers of Margaret H. Maddox and Dan W. Maddox to release copies of their records and reports.

RESPONSE TO REQUEST FOR PRODUCTION NO. 9:

REQUEST FOR PRODUCTION NO. 10:

Please sign and date the attached Authorization for Release of Education Records regarding Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

REQUEST FOR PRODUCTION NO. 11:

Please produce all impeachment evidence concerning this case.

RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

REQUEST FOR PRODUCTION NO. 12:

Please produce each and every document identified in response to the interrogatories propounded contemporaneously herewith as well as copies of all communications, correspondence, telexes, faxes, documents, surveys, reports, memoranda or any other writings that were referred to or relied upon or support your answers and responses to Tidewater's interrogatories.

RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

REQUEST FOR PRODUCTION NO. 13:

Please produce all documents in the possession of any expert you have retained or consulted in this case which in any way relate to this litigation and all documents you or your attorney provided to any expert retained or consulted by or on your behalf in connection with this litigation.

RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

REQUEST FOR PRODUCTION NO. 14:

Please produce all documents you may use or introduce at trial.

RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

REQUEST FOR PRODUCTION NO. 15:

Please sign and date the attached Authorization for Release of Unemployment Compensation Records from the Department of Labor regarding Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

REQUEST FOR PRODUCTION NO. 16:

Please sign and date the attached Authorization for Release of Social Security Disability Records from the Social Security Administration regarding Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 16:

REQUEST FOR PRODUCTION NO. 17:

Please sign and date the attached Authorization for Release of Military Records authorizing the United States Armed Services to release copies of their records and reports regarding Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 17

REQUEST FOR PRODUCTION NO. 18:

Please produce all funeral expenses and records regarding loss of inheritable estate which you claim as a result of the deaths of Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 18:

REQUEST FOR PRODUCTION NO. 19:

Please produce all documents which are relevant to the subject matter involved in the pending action, including, but not limited to, all documents which relate to the collision as well as all documents which relate to any of your claims or the claims or defenses of any other person or company.

RESPONSE TO REQUEST FOR PRODUCTION NO. 19:

REQUEST FOR PRODUCTION NO. 20:

Please produce a certified signed copy of the Death Certificates of Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 20:

REQUEST FOR PRODUCTION NO. 21:

     Please sign and date the attached Application for Certified
Copy of Death Certificate authorizing the Department of Health
and Hospitals to forward a certified copy of the death
certificates of Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 21:

REQUEST FOR PRODUCTION NO. 22:

     Please produce a copy of all claims or lawsuits filed by you
as a result of the collision or the deaths of Margaret H. Maddox
and Dan W. Maddox as well as a copy of all documents reflecting
any settlement entered into as a result of the collision or the
deaths of Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 22:

REQUEST FOR PRODUCTION NO. 23:

     Please produce a copy of all bank records, savings and loan
records, and credit union records for Margaret H. Maddox and Dan
W. Maddox for the period 1993 through 1998.

RESPONSE TO REQUEST FOR PRODUCTION NO. 23:

REQUEST FOR PRODUCTION NO. 24:

     Pleaser produce a copy of all documents supporting the
claims that any person was dependent on Margaret H. Maddox and
Dan W. Maddox at the time of their death, including, but not
limited to, canceled checks, tax returns, and receipts.

RESPONSE TO REQUEST FOR PRODUCTION NO. 24:

REQUEST FOR PRODUCTION NO. 25:

Please produce the birth certificates for Margaret H. Maddox and Dan W. Maddox and their children.

RESPONSE TO REQUEST FOR PRODUCTION NO. 25:

REQUEST FOR PRODUCTION NO. 26:

Please produce all documents identifying the personal representatives of the estates of Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 26:

REQUEST FOR PRODUCTION NO. 27:

Please produce the wills of Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 27:

REQUEST FOR PRODUCTION NO. 28:

Please produce a copy of all pleadings filed in the succession proceedings of Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

REQUEST FOR PRODUCTION NO. 29:

Please produce all documents to and from the Social Security Administration in any way related to or concerning the deaths of Margaret H. Maddox and Dan W. Maddox.

RESPONSE TO REQUEST FOR PRODUCTION NO. 29:

REQUEST FOR PRODUCTION NO. 30:

Please produce all documents which relate in any way to the membership of either Margaret H. Maddox and Dan W. Maddox in Bayou Hunting Club including, but not limited to membership agreements, invitations, newsletters, correspondence, memoranda, record of payment of dues, fees, or any monies to or on behalf of Bayou Hunting Club, and any policies, rules or regulations of Bayou Hunting Club, including all those relating to safety.

RESPONSE TO REQUEST FOR PRODUCTION NO. 30:

REQUEST FOR PRODUCTION NO. 31:

Please produce all documents received from or relating to Bayou Hunting Club, Bayou Corporation and/or Vermilion Corporation.

RESPONSE TO REQUEST FOR PRODUCTION NO. 31:

REQUEST FOR PRODUCTION NO. 32:

Please produce complete copies of the file of your expert witnesses, including but not limited to reports, opinions, preliminary findings, etc.

RESPONSE TO REQUEST FOR PRODUCTION NO. 32:

Respectfully submitted:

LABORDE & NEUNER

BY: _____

Clifford E. Laborde III - 8062
Susan Stagg Robinson - 2078
P.O. Drawer 52828
Lafayette, LA 70505
(318) 237-7000

<u>CERTIFICATE</u>

I HEREBY CERTIFY that the above and foregoing pleading has
been served upon all known counsel of record, by placing a copy
of same in the United States Mail, postage prepaid and properly
addressed this 31st day of _____July_____, 1998.

_____

## AUTHORIZATION FOR RELEASE OF
## MEDICAL RECORDS

TO WHOM IT MAY CONCERN:

This will authorize any doctor, clinic, hospital, person, firm or corporation to release any and all medical information in his or its possession concerning the examination and/or treatment of DAN W. MADDOX to the law offices of Laborde & Neuner, Post Office Drawer 52828, Lafayette, Louisiana 70505.

A photographic copy of this authorization shall be considered as valid and effective as the original.  This authorization shall continue in force and effect unless revoked in writing by the undersigned.

_____, Louisiana, this ___ day of _____, 1998.


_____
ROBIN G. COSTA and EARL BENTZ,
Personal Representatives of
the Estate of Dan W. Maddox


Name:  Dan Waite Maddox
Address:  1228 Chickering Road
          Nashville, TN 37215

Date of Birth:  6/9/09
Social Security No.:  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

<u>AUTHORIZATION FOR RELEASE OF
EDUCATION RECORDS</u>

TO WHOM IT MAY CONCERN:

This will authorize any educational institution to release
to the law offices of Laborde & Neuner, Post Office Drawer 52828,
Lafayette, Louisiana 70505, a copy of any and all academic,
educational and enrollment records of DAN W. MADDOX, including,
but not limited to applications, transcripts, attendance records,
evaluations, scholarships, grants and aids, academic or
disciplinary probation, extracurricular activities, medical
records, or any other records regarding education or training
received by DAN W. MADDOX at your institution.

A photographic copy of this authorization shall be
considered as valid and effective of the original.  This
authorization shall continue in force and effect unless revoked
in writing by the undersigned.

_____, Louisiana, this _____ day of _____,
1998.

_____
ROBIN G. COSTA and EARL BENTZ,
Personal Representatives of
the Estate of Dan W. Maddox

Name:   Dan Waite Maddox
Address:   1228 Chickering Road
           Nashville, TN 37215

Date of Birth:   6/9/09
Social Security No.:   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

<u>AUTHORIZATION FOR RELEASE OF</u>
<u>PERSONNEL RECORDS</u>

TO WHOM IT MAY CONCERN:

This will authorize any company by which DAN W. MADDOX was employed to release to the law offices of Laborde & Neuner, Post Office Drawer 52828, Lafayette, Louisiana 70505, any information in its possession contained in the personnel file of DAN W. MADDOX pertaining to his employment.

A photographic copy of this authorization shall be considered as valid and effective as the original. This authorization shall continue in force and effect unless revoked in writing by the undersigned.

_____, Louisiana, this _____ day of _____, 1998.

                                        _____
                                        ROBIN G. COSTA and EARL BENTZ,
                                        Personal Representatives of
                                        the Estate of Dan W. Maddox

                    Name:  Dan Waite Maddox
                 Address:  1228 Chickering Road
                           Nashville, TN 37215

           Date of Birth:  6/9/09
      Social Security No.:  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

<u>AUTHORIZATION FOR RELEASE OF</u>
<u>SOCIAL SECURITY DISABILITY RECORDS</u>

TO WHOM IT MAY CONCERN:

This will authorize the release of DAN W. MADDOX'S  entire Social Security Disability File in the possession of the Social Security Administration to the law offices of Laborde & Neuner, Post Office Drawer 52828, Lafayette, Louisiana 70505.

A photographic copy of this authorization shall be considered as valid and effective as the original.  This authorization shall continue in force and effect unless revoked in writing by the undersigned.

_____, Louisiana, this _____ day of _____, 1998.


ROBIN G. COSTA and EARL BENTZ,
Personal Representatives of
the Estate of Dan W. Maddox


Name:  Dan Waite Maddox
Address:  1228 Chickering Road
          Nashville, TN 37215

Date of Birth:  6/9/09
Social Security No.:  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

## AUTHORIZATION FOR RELEASE OF
## UNEMPLOYMENT COMPENSATION RECORDS

TO WHOM IT MAY CONCERN:

This will authorize any department or agency to release to the law offices of Laborde & Neuner, Post Office Drawer 52828, Lafayette, Louisiana 70505, any information or files reflecting the application, medical reports, payment and/or rejection of payment of unemployment benefits to DAN W. MADDOX.

A photographic copy of this authorization shall be considered as valid and effective as the original.  This authorization shall continue in force and effect unless revoked in writing by the undersigned.

_____, Louisiana, this _____ day of _____, 1998.

                                    _____
                                    ROBIN G. COSTA and EARL BENTZ,
                                    Personal Representatives of
                                    the Estate of Dan W. Maddox


            Name:   Dan Waite Maddox
         Address:   1228 Chickering Road
                    Nashville, TN 37215

  Date of Birth:   6/9/09
Social Security No.:   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

| Form **4506** | Request for Copy or Transcript of Tax Form | |
|---|---|---|
| (Rev. May 1997) | ▶ Read instructions before completing this form. | OMB No. 1545-0429 |
| Department of the Treasury<br>Internal Revenue Service | ▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible. | |

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| 1a Name shown on tax form. If a joint return, enter the name shown first.<br><br>Dan Waite Maddox | 1b First social security number on tax form or employer identification number (see instructions)<br><br>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 |
|---|---|
| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |

3   Current name, address (including apt., room, or suite no.), city, state, and ZIP code
Dan Waite Maddox
1228 Chickering Road
Nashville, TN 37215

4   Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3


5   If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address
Susan Stagg Robinson/Laborde & Neuner
P.O. Drawer 52828
Lafayette, LA 70505

6   If we cannot find a record of your tax form and you want the payment refunded to the third party, check here  . . . . . ▶ ☒

7   If name in third party's records differs from line 1a above, enter name here (see instructions) ▶

8   Check only one box to show what you want. There is no charge for items 8a, b, and c:

a  ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).

b  ☐ Verification of nonfiling.

c  ☐ Form(s) W-2 information (see instructions).

d  ☒ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested.
   Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here . . . . .* ▶ ☒

9   If this request is to meet a requirement of one of the following, check all boxes that apply.

☐ Small Business Administration   ☐ Department of Education   ☐ Department of Veterans Affairs   ☐ Financial institution

| 10   Tax form number (Form 1040, 1040A, 941, etc.)<br><br>1040, 1040A | 12   Complete only if line 8d is checked. Amount due: | |
|---|---|---|
| 11   Tax period(s) (year or period ended date). If more than four, see instructions. | a  Cost for each period  . . . . . . | $ 23.00 |
| | b  Number of tax periods requested on line 11 | 4 |
| | c  Total cost. Multiply line 12a by line 12b. . | $ 92.00 |

| 1990 | 1991 | 1992 | 1993 |
|---|---|---|---|

*Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."*

Caution: *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**

| | | Telephone number of requester<br>(318) 237-7000 |
|---|---|---|
| Signature. See instructions. If other than taxpayer, attach authorization document. | Date | Best time to call<br>8:30 a.m. - 5:15 p.m. |
| Title (if line 1a above is a corporation, partnership, estate, or trust) | | TRY A TAX RETURN TRANSCRIPT (see line 8a instructions) |
| Spouse's signature | Date | |

## Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.**—Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?**—You can get a tax

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.**—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.**—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account

| Form **4506** | Request for Copy or Transcript of Tax Form | |
|---|---|---|
| (Rev. May 1997) | ▶ Read instructions before completing this form. | OMB No. 1545-0429 |
| Department of the Treasury Internal Revenue Service | ▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible. | |

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| 1a Name shown on tax form. If a joint return, enter the name shown first. | 1b First social security number on tax form or employer identification number (see instructions) |
|---|---|
| Dan Waite Maddox | 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 |
| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |
| | |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code
Dan Waite Maddox
1228 Chickering Road
Nashville, TN 37215

4 Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3



5 If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address
Susan Stagg Robinson/Laborde & Neuner
P.O. Drawer 52828
Lafayette, LA 70505

6 If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . ▶ ☒

7 If name in third party's records differs from line 1a above, enter that name here (see instructions) ▶

8 Check only one box to show what you want. There is no charge for items 8a, b, and c:

a ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).

b ☐ Verification of nonfiling.

c ☐ Form(s) W-2 information (see instructions).

d ☒ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested. Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ▶ ☒

9 If this request is to meet a requirement of one of the following, check all boxes that apply.
☐ Small Business Administration  ☐ Department of Education  ☐ Department of Veterans Affairs  ☐ Financial institution

| 10 Tax form number (Form 1040, 1040A, 941, etc.) | 12 Complete only if line 8d is checked. Amount due: | |
|---|---|---|
| 1040, 1040A | a Cost for each copy . . . . . . . | $ 23.00 |
| 11 Tax period(s) (year or period ended date). If more than four, see instructions. | b Number of tax periods requested on line 11 | 4 |
| | c Total cost. Multiply line 12a by line 12b . | $ 92.00 |
| 1994  1995  1996  1997 | Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service." | |

Caution: *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

| Please Sign Here | | Telephone number of requester (318) 237-7000 |
|---|---|---|
| | Signature. See instructions. If other than taxpayer, attach authorization document.    Date | Best time to call 8:30 a.m. - 5:15 p.m. |
| | Title (if line 1a above is a corporation, partnership, estate, or trust) | TRY A TAX RETURN TRANSCRIPT (see line 8a instructions) |
| | Spouse's signature    Date | |

# Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.—**Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?—**You can get a tax

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.—**If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.—**If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account

From whose record do you need the earnings information?

Print the Name, Social Security Number (SSN), and date of birth below.

Your Reference Number

Name __Dan Waite Maddox__

Social Security
Number __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__

Other Name(s) Used
(Include Maiden Name) _____

Date of Birth
(Mo/Day/Yr) __6/9/09__

What kind of information do you need?

[X] Detailed Earnings Information
   (If you check this block, tell us below
   why you need this information.)

For the period(s) / year(s): __1958-1998__

   __Litigation Purposes__ _____

[ ] Certified Total Earnings For Each Year.
   (Check this box only if you want the information
   certified. Otherwise, call 1-800-772-1213
   to request Form SSA-7004, Request for Earnings
   and Benefit Estimate Statement)

For the year(s): _____

If you owe us a fee for this detailed earnings information, enter the amount due
using the chart on page 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A. $ __80.00__

Do you want us to certify the information?   [X] Yes  [ ] No

   If yes, enter $15.00 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B. $ __15.00__

ADD the amounts on lines A and B, and
enter the TOTAL amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C. $ __95.00__

- You can pay by CREDIT CARD by completing and returning the form on page 4, or
- Send your CHECK or MONEY ORDER for the amount on line C with the request
  and make check or money order payable to "Social Security Administration."
- DO NOT SEND CASH.

I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that individual). I
understand that any false representation to knowingly and willfully obtain information from Social Security records is
punishable by a fine of not more than $5,000 or one year in prison.

SIGN your name here
   (Do not print)   > _____   Date _____

Tell us where you want the information sent. (Please print)

Name __Susan Stagg Robinson__
__LABORDE & NEUNER__

Address __P.O. Drawer 52828__

City, State & ZIP Code __Lafayette, LA 70505__

6. Mail Completed Form(s) To:

Social Security Administration
Office of Central Records Operations
P.O. Box 129
Baltimore, Maryland 21235

DEPARTMENT OF HEALTH AND HOSPITALS
OFFICE OF PUBLIC HEALTH
VITAL RECORDS REGISTRY

PHS 520A

## APPLICATION FOR CERTIFIED COPY OF BIRTH/DEATH CERTIFICATE

(Rev. 10/97)

**FOR SERVICE BY MAIL: SUBMIT CHECK OR MONEY ORDER PAYABLE TO VITAL RECORDS. MAIL TO: VITAL RECORDS REGISTRY, P.O. BOX 60630, NEW ORLEANS, LA 70160. PLEASE DO NOT SEND CASH. IF NO RECORD IS FOUND, YOU WILL BE NOTIFIED AND FEES WILL BE RETAINED FOR THE SEARCH.**

☐ BIRTHCARD                                   BIRTHCARD:        $ 9.00
☐ BIRTH CERTIFICATE                    BIRTH CERTIFICATE:  $15.00
☒ DEATH CERTIFICATE                  DEATH CERTIFICATE:  $ 5.00

*See Note Below:     Dan Waite Maddox
NAME AT BIRTH/DEATH (FIRST, MIDDLE, LAST)

January 14, 1998                                    M
DATE OF BIRTH/DEATH                                 SEX

No                           Vermilion
CITY OF BIRTH/DEATH          PARISH OF BIRTH/DEATH

FATHER'S NAME (FOR BIRTH RECORD ONLY)

MOTHER'S MAIDEN NAME - BEFORE MARRIAGE (FOR BIRTH RECORD ONLY)

HOW ARE YOU RELATED TO THE PERSON WHOSE RECORD YOU ARE REQUESTING?_____

PRINT YOUR ADDRESS:
Name_____
Street or
Route No._____                  Number of
                                       Copies Requested:        1
City
and State_____                  Total Fees Due    $ 5.00
                        ZIP CODE
Home                  Office
Phone No._____  Phone No._____

I AM AWARE THAT ANY PERSON WHO WILLFULLY AND KNOWINGLY MAKES ANY FALSE STATEMENT IN AN APPLICATION FOR A CERTIFIED COPY OF A VITAL RECORD IS SUBJECT UPON CONVICTION TO A FINE OF NOT MORE THAN $10,000 OR IMPRISONMENT OF NOT MORE THAN FIVE YEARS, OR BOTH.

Signature of Applicant_____

*PLEASE NOTE:   Birth records over 100 years old and Death records over 50 years old are obtained by writing the Louisiana State Archives, P.O. Box 94125, Baton Rouge, LA 70804-9125. Please make check PAYABLE TO: Secretary of State.

**fax to: 504-568-5391**
If you have access to a **fax** machine and a **VISA** or **MASTER** credit card, you can obtain your document within a few days.

        name of card _____
name of card holder _____
    acct. number _____
  expiration date _____

CERTIFICATE TO BE MAILED TO:

Name   Susan Stagg Robinson
Street or
Route No.  P.O. Drawer 52828
City
and State  Lafayette, LA 70505

| SEARCH METHOD | EMPLOYEE | DATE |
|---|---|---|
| TRANSMITTAL: | ____ | ____ |
| COMPUTER: | ____ | ____ |
| MICROFILM: | ____ | ____ |
| BOOK INDICES: | ____ | ____ |
| CHARITY CARDS: | ____ | ____ |
| DELAY CARDS: | ____ | ____ |
| HAND SEARCHED: | ____ | ____ |
| OTHER (INDICATE) | | |
| ____ | | |
| ____ | | |
| CERTIFICATE # | | |

...dard Form 180 (Rev. 4-96)
...cribed by NARA (36 CFR 1228.162(a))          NSN 7540-00-142-9360          OMB No. 3095-0029   Expires 9/30/98.

| ...QUEST PERTAINING ) MILITARY RECORDS | To ensure the best possible service, please thoroughly review the instructions at the bottom before filling out this form. Please print clearly or type. If you need more space, use plain paper. |
|---|---|

## SECTION I - INFORMATION NEEDED TO LOCATE RECORDS (Furnish as much as possible.)

| NAME USED DURING SERVICE (Last, first, and middle) | 2. SOCIAL SECURITY NO. | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|
|  |  |  |  |

SERVICE, PAST AND PRESENT          (For an effective records search, it is important that ALL service be shown below.)

| | BRANCH OF SERVICE | DATES OF SERVICE | | CHECK ONE | | SERVICE NUMBER DURING THIS PERIOD (If unknown, please write "unknown.") |
|---|---|---|---|---|---|---|
| | | DATE ENTERED | DATE RELEASED | OFFICER | ENLISTED | |
| ACTIVE SERVICE | | | | | | |
| RESERVE SERVICE | | | | | | |
| NATIONAL GUARD | | | | | | |

IS THIS PERSON DECEASED?     If "YES" enter the date of death.          7.  IS (WAS) THIS PERSON RETIRED FROM MILITARY SERVICE?

☐ NO     ☐ YES                                                      ☐ YES   ☐ NO

## SECTION  II - INFORMATION AND/OR DOCUMENTS REQUESTED

REPORT OF SEPARATION (DD Form 214 or equivalent) This contains information normally needed to verify military service. It may be furnished to the veteran, .e deceased veteran's next of kin, or other persons or organizations if authorized in Section III, below.  NOTE:  If more than one period of service was performed, even .. the same branch, there may be more than one Report of Separation.  Be sure to show EACH year for which you need a copy.

☐ An  UNDELETED  Report of Separation is requested for the year(s)_____. This normally will be a copy of the full separation document including such sensitive items as the character of separation, authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and dates of time lost.  An undeleted version is ordinarily required to determine eligibility for benefits.

☐ A  DELETED  Report of Separation is requested for the year(s) _____.  The following information will be deleted from the copy sent:  authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and for separations after June 30, 1979, character of separation and dates of time lost.

OTHER INFORMATION AND/OR DOCUMENTS REQUESTED _____

_____

. PURPOSE (OPTIONAL—An explanation of the purpose of the request is strictly voluntary.  Such information may help the agency answering this request to provide .e best possible response and will in no way be used to make a decision to deny the request.) _____

_____

_____

## SECTION III - RETURN ADDRESS AND SIGNATURE

. REQUESTER IS

☐ Military service member or veteran identified in Section I, above

☐ Next of kin of deceased veteran _____
(relation)

☐ Legal guardian (must submit copy of court appointment)

☐ Other (specify) _____

2. SEND INFORMATION/DOCUMENTS TO
(Please print or type.  See instruction 3, below.)

3. AUTHORIZATION SIGNATURE REQUIRED (See instruction 2, below.)
I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section III is true and correct.

Name

Apt.

Signature of requester (Please do not print.)

## AUTHORIZATION FOR RELEASE OF
## MEDICAL RECORDS

TO WHOM IT MAY CONCERN:

This will authorize any doctor, clinic, hospital, person, firm or corporation to release any and all medical information in his or its possession concerning the examination and/or treatment of MARGARET H. MADDOX to the law offices of Laborde & Neuner, Post Office Drawer 52828, Lafayette, Louisiana 70505.

A photographic copy of this authorization shall be considered as valid and effective as the original.  This authorization shall continue in force and effect unless revoked in writing by the undersigned.

_____, Louisiana, this ___ day of _____, 1998.


_____
ROBIN G. COSTA and EARL BENTZ,
Personal Representatives of
the Estate of MARGARET H.
MADDOX


```
            Name:  Margaret Huffman Maddox
         Address:  1228 Chickering Road
                   Nashville, TN 37215

   Date of Birth:  12/30/29
Social Security No.:  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
```

## AUTHORIZATION FOR RELEASE OF
## EDUCATION RECORDS

TO WHOM IT MAY CONCERN:

This will authorize any educational institution to release to the law offices of Laborde & Neuner, Post Office Drawer 52828, Lafayette, Louisiana 70505, a copy of any and all academic, educational and enrollment records of MARGARET H. MADDOX, including, but not limited to applications, transcripts, attendance records, evaluations, scholarships, grants and aids, academic or disciplinary probation, extracurricular activities, medical records, or any other records regarding education or training received by MARGARET H. MADDOX at your institution.

A photographic copy of this authorization shall be considered as valid and effective of the original. This authorization shall continue in force and effect unless revoked in writing by the undersigned.

_____, Louisiana, this _____ day of _____, 1998.

                                        _____
                                        ROBIN G. COSTA and EARL BENTZ,
                                        Personal Representatives of
                                        the Estate of MARGARET H.
                                        MADDOX

           Name:  Margaret Huffman Maddox
        Address:  1228 Chickering Road
                  Nashville, TN 37215

 Date of Birth:  12/30/29
Social Security No.:  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

## AUTHORIZATION FOR RELEASE OF
## PERSONNEL RECORDS

TO WHOM IT MAY CONCERN:

This will authorize any company by which MARGARET H. MADDOX was employed to release to the law offices of Laborde & Neuner, Post Office Drawer 52828, Lafayette, Louisiana 70505, any information in its possession contained in the personnel file of MARGARET H. MADDOX pertaining to his employment.

A photographic copy of this authorization shall be considered as valid and effective as the original.   This authorization shall continue in force and effect unless revoked in writing by the undersigned.

_____, Louisiana, this _____ day of _____, 1998.


_____
ROBIN G. COSTA and EARL BENTZ,
Personal Representatives of
the Estate of MARGARET H.
MADDOX


        Name:  Margaret Huffman Maddox
     Address:  1228 Chickering Road
               Nashville, TN 37215

   Date of Birth:  12/30/29
Social Security No.:  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

## AUTHORIZATION FOR RELEASE OF
## SOCIAL SECURITY DISABILITY RECORDS

TO WHOM IT MAY CONCERN:

This will authorize the release of MARGARET H. MADDOX'S entire Social Security Disability File in the possession of the Social Security Administration to the law offices of Laborde & Neuner, Post Office Drawer 52828, Lafayette, Louisiana 70505.

A photographic copy of this authorization shall be considered as valid and effective as the original.  This authorization shall continue in force and effect unless revoked in writing by the undersigned.

_____, Louisiana, this _____ day of _____, 1998.


                                    _____
                                    ROBIN G. COSTA and EARL BENTZ,
                                    Personal Representatives of
                                    the Estate of MARGARET H.
                                    MADDOX


              Name:  Margaret Huffman Maddox
           Address:  1228 Chickering Road
                     Nashville, TN 37215

     Date of Birth:  12/30/29
 Social Security No.:  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

## AUTHORIZATION FOR RELEASE OF
## UNEMPLOYMENT COMPENSATION RECORDS

TO WHOM IT MAY CONCERN:

This will authorize any department or agency to release to the law offices of Laborde & Neuner, Post Office Drawer 52828, Lafayette, Louisiana 70505, any information or files reflecting the application, medical reports, payment and/or rejection of payment of unemployment benefits to MARGARET H. MADDOX.

A photographic copy of this authorization shall be considered as valid and effective as the original.  This authorization shall continue in force and effect unless revoked in writing by the undersigned.

_____, Louisiana, this _____ day of _____, 1998.

```
                              _____
                              ROBIN G. COSTA and EARL BENTZ,
                              Personal Representatives of
                              the Estate of MARGARET H.
                              MADDOX
```

```
        Name:  Margaret Huffman Maddox
     Address:  1228 Chickering Road
               Nashville, TN 37215

     Date of Birth:  12/30/29
Social Security No.:  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
```

| Form **4506** | **Request for Copy or Transcript of Tax Form** | |
|---|---|---|
| (Rev. May 1997) | ▶ Read instructions before completing this form. | OMB No. 1545-0429 |
| Department of the Treasury Internal Revenue Service | ▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible. | |

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| 1a Name shown on tax form. If a joint return, enter the name shown first. | 1b First social security number on tax form or employer identification number (see instructions) |
|---|---|
| Margaret Huffman Maddox | 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 |
| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |
| | |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code
Margaret Huffman Maddox
1228 Chickering Road
Nashville, TN 37215

4 Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5 If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address ·
Susan Stagg Robinson/Laborde & Neuner
P.O. Drawer 52828
Lafayette, LA 70505

6 If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . . ▶ ☒

7 If name in third party's records differs from line 1a above, enter that name here (see instructions) ▶

8 Check only one box to show what you want. There is no charge for items 8a, b, and c:
a ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).
b ☐ Verification of nonfiling.
c ☐ Form(s) W-2 information (see instructions).
d ☒ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested.
   Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ▶ ☒

9 If this request is to meet a requirement of one of the following, check all boxes that apply.
☐ Small Business Administration   ☐ Department of Education   ☐ Department of Veterans Affairs   ☐ Financial institution

| 10 Tax form number (Form 1040, 1040A, 941, etc.) | 12 Complete only if line 8d is checked. Amount due: | |
|---|---|---|
| 1040, 1040A | a Cost for each period . . . . . . . | $ 23.00 |
| | b Number of tax periods requested on line 11 | 4 |
| 11 Tax period(s) (year or period ended date). If more than four, see instructions. | c Total cost. Multiply line 12a by line 12b. | $ 92.00 |
| 1990   1991   1992   1993 | *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."* | |

Caution: *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

| **Please Sign Here** | | | Telephone number of requester (318) 237-7000 |
|---|---|---|---|
| | Signature. See instructions. If other than taxpayer, attach authorization document. | Date | Best time to call 8:30 a.m. - 5:15 p.m. |
| | Title (if line 1a above is a corporation, partnership, estate, or trust) | | **TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions) |
| | Spouse's signature | Date | |

## Instructions

*Section references are to the Internal Revenue Code.*

TIP: If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

Purpose of Form.—Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

Note: *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

How Long Will It Take?—You can get a tax

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

Forms 1099.—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

Tax Account Information.—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account

| Form **4506** (Rev. May 1997) Department of the Treasury Internal Revenue Service | **Request for Copy or Transcript of Tax Form** ▶ Read instructions before completing this form. ▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible. | OMB No. 1545-0429 |
|---|---|---|

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| 1a Name shown on tax form. If a joint return, enter the name shown first. Margaret Huffman Maddox | 1b First social security number on tax form or employer identification number (see instructions) 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 |
|---|---|
| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code
Margaret Huffman Maddox
1228 Chickering Road
Nashville, TN 37215

4 Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5 If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address
Susan Stagg Robinson/Laborde & Neuner
P.O. Drawer 52828
Lafayette, LA 70505

6 If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . ▶ ☒

7 If name in third party's records differs from line 1a above, enter that name here (see instructions) ▶

8 Check only one box to show what you want. There is no charge for items 8a, b, and c:
- a ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).
- b ☐ Verification of nonfiling.
- c ☐ Form(s) W-2 information (see instructions).
- d ☒ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested.
  Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here . . . . .* ▶ ☒

9 If this request is to meet a requirement of one of the following, check all boxes that apply.
☐ Small Business Administration   ☐ Department of Education   ☐ Department of Veterans Affairs   ☐ Financial institution

| 10 Tax form number (Form 1040, 1040A, 941, etc.) 1040, 1040A | 12 Complete only if line 8d is checked. Amount due: | |
|---|---|---|
| | a Cost for each period . . . . . . . | $ 23.00 |
| 11 Tax period(s) (year or period ended date). If more than four, see instructions. | b Number of tax periods requested on line 11 | 4 |
| 1994  1995  1996  1997 | c Total cost. Multiply line 12a by line 12b. | $ 92.00 |
| | *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."* | |

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

| | | | Telephone number of requester (318) 237-7000 |
|---|---|---|---|
| **Please Sign Here** | Signature. See instructions. If other than taxpayer, attach authorization document. | Date | Best time to call 8:30 a.m. - 5:15 p.m. |
| | Title (if line 1a above is a corporation, partnership, estate, or trust) | | TRY A TAX RETURN TRANSCRIPT (see line 8a instructions) |
| | Spouse's signature | Date | |

## Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.**—Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.
**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?**—You can get a tax

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.**—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.**—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account

From whose record do you need the earnings information?          Your Reference Number

Print the Name, Social Security Number (SSN), and date of birth below.

Name    __Margaret Huffman Maddox__          Social Security
                                             Number ____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____

Other Name(s) Used                           Date of Birth
(Include Maiden Name) _____           (Mo/Day/Yr) ____12/30/29____

What kind of information do you need?

[X]  Detailed Earnings Information          For the period(s) / year(s):   1958-1998
     (If you check this block, tell us below
     why you need this information.)

     __Litigation Purposes_____

[ ]  Certified Total Earnings For Each Year.   For the year(s):
     (Check this box only if you want the information
     certified. Otherwise, call 1-800-772-1213
     to request Form SSA-7004, Request for Earnings
     and Benefit Estimate Statement)

If you owe us a fee for this detailed earnings information, enter the amount due
using the chart on page 3 . . . . . . . . . . . . . . . . . . . . . . . . . . .   A. $ ___80.00___

Do you want us to certify the information?          [X] Yes   [ ] No

     If yes, enter $15.00 . . . . . . . . . . . . . . . . . . . . . . . . . .   B. $ ___15.00___

ADD the amounts on lines A and B, and
enter the TOTAL amount . . . . . . . . . . . . . . . . . . . . . . . . . . .   C. $ ___95.00___

    • You can pay by CREDIT CARD by completing and returning the form on page 4, or
    • Send your CHECK or MONEY ORDER for the amount on line C with the request
      and make check or money order payable to "Social Security Administration."
    • DO NOT SEND CASH.

I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that individual). I
understand that any false representation to knowingly and willfully obtain information from Social Security records is
punishable by a fine of not more than $5,000 or one year in prison.

SIGN your name here
     (Do not print)   > _____          Date _____

Tell us where you want the information sent. (Please print)     6. Mail Completed Form(s) To:

Name    __Susan Stagg Robinson__                Social Security Administration
        __LABORDE & NEUNER__                    Office of Central Records Operations
                                                P.O. Box 129
Address  __P.O. Drawer 52828__                  Baltimore, Maryland 21235

City, State & ZIP Code __Lafayette, LA 70505__

DEPARTMENT OF HEALTH AND HOSPITALS
OFFICE OF PUBLIC HEALTH
VITAL RECORDS REGISTRY

### APPLICATION FOR CERTIFIED COPY OF BIRTH/DEATH CERTIFICATE

PHS 520A                                                                                           (Rev. 10/97)

**FOR SERVICE BY MAIL: SUBMIT CHECK OR MONEY ORDER PAYABLE TO VITAL RECORDS. MAIL TO: VITAL RECORDS REGISTRY, P.O. BOX 60630, NEW ORLEANS, LA 70160. PLEASE DO NOT SEND CASH. IF NO RECORD IS FOUND, YOU WILL BE NOTIFIED AND FEES WILL BE RETAINED FOR THE SEARCH.**

☐ BIRTHCARD                                                     BIRTHCARD:            $ 9.00
☐ BIRTH CERTIFICATE                                   BIRTH CERTIFICATE:   $15.00
☒ DEATH CERTIFICATE                                 DEATH CERTIFICATE:   $ 5.00

*See Note Below:    Margaret Huffman Maddox
                            NAME AT BIRTH/DEATH (FIRST, MIDDLE, LAST)

                            January 14, 1998                                   F
                            DATE OF BIRTH/DEATH                            SEX

                            No                               Vermilion
                            CITY OF BIRTH/DEATH          PARISH OF BIRTH/DEATH

                            FATHER'S NAME (FOR BIRTH RECORD ONLY)

                            MOTHER'S MAIDEN NAME - BEFORE MARRIAGE (FOR BIRTH RECORD ONLY)

HOW ARE YOU RELATED TO THE PERSON WHOSE RECORD YOU ARE REQUESTING?_____

PRINT YOUR ADDRESS:
Name_____
Street or                                                    Number of
Route No._____       Copies Requested:         1
City
and State_____       Total Fees Due    $   5.00
                                    ZIP CODE
Home                        Office
Phone No._____ Phone No._____

I AM AWARE THAT ANY PERSON WHO WILLFULLY AND KNOWINGLY MAKES ANY FALSE STATEMENT IN AN APPLICATION FOR A CERTIFIED COPY OF A VITAL RECORD IS SUBJECT UPON CONVICTION TO A FINE OF NOT MORE THAN $10,000 OR IMPRISONMENT OF NOT MORE THAN FIVE YEARS, OR BOTH.

                Signature of Applicant _____

*PLEASE NOTE:   Birth records over 100 years old and Death records over 50 years old are obtained by writing the Louisiana State Archives, P.O. Box 94125, Baton Rouge, LA 70804-9125. Please make check PAYABLE TO: Secretary of State.

                    fax to: 504-568-5391
If you have access to a fax machine and a VISA or
MASTER credit card, you can obtain your document
within a few days.

        name of card _____
name of card holder _____
        acct. number _____
    expiration date _____

CERTIFICATE TO BE MAILED TO:

Name   Susan Stagg Robinson
Street or
Route No.  P.O. Drawer 52828
City
and State   Lafayette, LA 70505

| SEARCH METHOD | EMPLOYEE | DATE |
|---|---|---|
| TRANSMITTAL: | | |
| COMPUTER: | | |
| MICROFILM: | | |
| BOOK INDICES: | | |
| CHARITY CARDS: | | |
| DELAY CARDS: | | |
| HAND SEARCHED: | | |
| OTHER (INDICATE) | | |
| | | |
| CERTIFICATE # | | |

Standard Form 180 (Rev. 4-96)
Prescribed by NARA (36 CFR 1228.162(a))

NSN 7540-00-142-9360

OMB No. 3095-0029   Expires 9/30/98.

## REQUEST PERTAINING TO MILITARY RECORDS

To ensure the best possible service, please thoroughly review the instructions at the bottom before filling out this form.  Please print clearly or type.  If you need more space, use plain paper.

## SECTION I - INFORMATION NEEDED TO LOCATE RECORDS (Furnish as much as possible.)

| NAME USED DURING SERVICE (Last, first, and middle) | 2. SOCIAL SECURITY NO. | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|
| | | | |

SERVICE, PAST AND PRESENT     (For an effective records search, it is important that ALL service be shown below.)

| | | DATES OF SERVICE | | CHECK ONE | | SERVICE NUMBER DURING THIS PERIOD (If unknown, please write "unknown.") |
|---|---|---|---|---|---|---|
| | BRANCH OF SERVICE | DATE ENTERED | DATE RELEASED | OFFICER | ENLISTED | |
| ACTIVE SERVICE | | | | | | |
| RESERVE SERVICE | | | | | | |
| NATIONAL GUARD | | | | | | |

IS THIS PERSON DECEASED?     If "YES" enter the date of death.

☐ NO     ☐ YES _____

7.  IS (WAS) THIS PERSON RETIRED FROM MILITARY SERVICE?

☐ YES     ☐ NO

## SECTION II - INFORMATION AND/OR DOCUMENTS REQUESTED

REPORT OF SEPARATION (DD Form 214 or equivalent)  This contains information normally needed to verify military service.  It may be furnished to the veteran, a deceased veteran's next of kin, or other persons or organizations if authorized in Section III, below.  NOTE:  If more than one period of service was performed, even in the same branch, there may be more than one Report of Separation.  Be sure to show EACH year for which you need a copy.

☐ An UNDELETED Report of Separation is requested for the year(s) _____.  This normally will be a copy of the full separation document including such sensitive items as the character of separation, authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and dates of time lost.  An undeleted version is ordinarily required to determine eligibility for benefits.

☐ A DELETED Report of Separation is requested for the year(s) _____.  The following information will be deleted from the copy sent:  authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and for separations after June 30, 1979, character of separation and dates of time lost.

OTHER INFORMATION AND/OR DOCUMENTS REQUESTED _____

PURPOSE (OPTIONAL—An explanation of the purpose of the request is strictly voluntary.  Such information may help the agency answering this request to provide the best possible response and will in no way be used to make a decision to deny the request.)

## SECTION III - RETURN ADDRESS AND SIGNATURE

REQUESTER IS

☐ Military service member or veteran identified in Section I, above

☐ Next of kin of deceased veteran _____
(relation)

☐ Legal guardian (must submit copy of court appointment)

☐ Other (specify) _____

2. SEND INFORMATION/DOCUMENTS TO
(Please print or type.  See instruction 3, below.)

3. AUTHORIZATION SIGNATURE REQUIRED (See instruction 2, below.)
I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section III is true and correct.

Name _____

Apt. _____

Signature of requester (Please do not print.)

RECEIVED

JUL 31 1998 UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

AUG - 5 1998

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

*Lead Case*

| | | |
|---|---|---|
| IN THE MATTER OF TIDEWATER INC., TIDEWATER MARINE, INC. AND TWENTY GRAND OFFSHORE, INC., OWNERS AND/OR OWNERS PRO HAC VICE OF THE M/V GEERD TIDE | : : : : | CIVIL ACTION NO. 98CV-0081<br><br>JUDGE TRIMBLE<br><br>MAGISTRATE JUDGE WILSON |
| IN THE MATTER OF VERMILION CORPORATION, OWNER OF THE M/V MALLARD | : : : | CIVIL ACTION NO. 98-0101<br><br>JUDGE TRIMBLE<br><br>MAGISTRATE JUDGE WILSON |

## ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED that Tidewater Inc., Tidewater Marine, Inc. and Twenty Grand Offshore, Inc. are granted leave to propound the attached interrogatories which exceed 25 in number to Robin G. Costa and Earl Bentz, Executors of the Estates of Margaret H. and Dan W. Maddox.

Lake Charles, Louisiana, this 5th day of August , 1998.

_____
UNITED STATES MAGISTRATE JUDGE
District

COPY SENT
DATE 8/5/98
BY _____
TO See attached
        list

EXHIBIT
A

RECEIVED

AUG 06 1998

LABORDE & NEUNER



# MARTZELL & BICKFORD

### ATTORNEYS AT LAW

JOHN R. MARTZELL *
SCOTT R. BICKFORD **
REGINA O. MATTHEWS
DUGGAN F. ELLIS
M. SUZANNE MONTERO
RICHARD A. FILCE
RAY L. RHYMES ***

338 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130 - 3244

(504) 581-9065
FACSIMILE (504) 581-7635

CHRISTOPHER H. SHERWOOD††
LITIGATION ADMINISTRATOR
STEPHEN C. WOLF, CPA††
FIRM ADMINISTRATOR

††NOT LICENSED TO PRACTICE LAW
E-MAIL MB@MARTZELLBICKFORD.COM

*A PROFESSIONAL CORPORATION
**ALSO ADMITTED IN TEXAS & COLORADO
***ALSO ADMITTED IN TEXAS & GEORGIA

August 27, 1998

**via fax transmission (318)233-9450**

Susan Stagg Robinson
Laborde & Neuner
One Petroleum Center
Suite 200
101 W. Pinhook Road
Lafayette, LA  70503

**re:  In the Matter of Tidewater, Inc., et al
Consolidated with In the Matter of
Vermilion Corporation**

Dear Ms. Robinson:

In order to properly and completely answer and respond to Tidewater's discovery propounded to our clients, we find it necessary to request an extension of time in which to comply. We request an additional thirty (30) days in which to complete your requests.

Please acknowledge your approval by signing below and return to me via facsimile at (504)581-7635. Thank you for your patience and cooperation in this matter.

Sincerely,

**MARTZELL & BICKFORD**

Connie L. Cosse'
Paralegal

I agree to a thirty (30) day extension of time *to respond until September 30, 1998*

**EXHIBIT**

*B*

LAW OFFICES

## LABORDE & NEUNER

ONE PETROLEUM CENTER

SUITE 200

1001 W. PINHOOK ROAD

LAFAYETTE, LOUISIANA 70503

(318) 237-7000

CLIFFE E. LABORDE III *
FRANK X. NEUNER, JR. *†
JAMES L. PATE *
LOUIS SIMON II *
DEAN ANDERSON COLE *
BEN L. MAYEAUX *
SUSAN STAGG ROBINSON *
ROBERT E. TORIAN *
JAMES O. HOLLIER
MELISSA L. THERIOT †
KENNETH W. JONES, JR.
CADE A. EVANS
KEVIN P. MERCHANT
JENNIE P. PELLEGRIN
BRADFORD H. FELDER

* A PROFESSIONAL LAW CORPORATION
† ALSO ADMITTED IN TEXAS

C. MICHAEL HILL *
OF COUNSEL

C. E. LABORDE, JR.
1913-1983

POST OFFICE DRAWER 52828
LAFAYETTE, LOUISIANA
70505-2828

FAX: 318-233-9450

September 30, 1998

Mr. Joseph L. Waitz
Waitz & Downer
Post Office Box 7015
Houma, LA 70361

Re:  In the Matter of Tidewater Inc., et al
            Consolidated With
      In the Matter of Vermilion Corporation
      Our File No. 13215

Dear Joe:

Within the next week, please send me your clients' responses to Tidewater's Interrogatories and Requests for Production of Documents propounded on July 31, 1998 since these responses are now one month overdue.

Thank you for your cooperation.

Sincerely,

Susan Stagg Robinson

SSR/clw



**SCOTT J. FOLSE**
ATTORNEY AT LAW

16942 OLD HAMMOND HWY.
BATON ROUGE, LOUISIANA 70816
(504) 272-1420
FAX: (504) 272-1406

*10/22/98*
*Oct. Scott—*
*Fine—*
*I will look*
*forward to*
*receiving*
*the responses*
*by the end*
*of October—*
*Sue Robinson*

October 12, 1998

Susan Stagg Robinson
Laborde and Neuner
One Petroleum Center
Suite 200
Lafayette, Louisiana 70503

      Ref: In the Matter of Tidewater; In the Matter of the Vermillion Corp.
          Your File: 13215

Dear Susan,

    I would like to request an additional two weeks to respond to the discovery requests propounded to Tina and Danielle Stelly.   Please inform me if this is acceptable.

    Thank you for your assistance.

                      Very truly yours,

                      Scott J. Folse

SJF:cg



LAW OFFICES
## LABORDE & NEUNER
ONE PETROLEUM CENTER
SUITE 200
1001 W. PINHOOK ROAD
LAFAYETTE, LOUISIANA 70503
(318) 237-7000

CLIFFE E. LABORDE III *
FRANK X. NEUNER, JR. *†
JAMES L. PATE *
LOUIS SIMON II *
DEAN ANDERSON COLE *
BEN L. MAYEAUX *
SUSAN STAGG ROBINSON *
ROBERT E. TORIAN *
JAMES O. HOLLIER
MELISSA L. THERIOT †
KENNETH W. JONES, JR.
CADE A. EVANS
KEVIN P. MERCHANT
JENNIE P. PELLEGRIN
BRADFORD H. FELDER

* A PROFESSIONAL LAW CORPORATION
† ALSO ADMITTED IN TEXAS

C. MICHAEL HILL *
OF COUNSEL

C. E. LABORDE, JR.
1913-1983

POST OFFICE DRAWER 32828
LAFAYETTE, LOUISIANA
70505-2828

FAX: 318-233-9450

November 19, 1998

Mr. Joseph L. Waitz
Waitz & Downer
Post Office Box 7015
Houma, LA 70361

Re:  In the Matter of Tidewater Inc., et al
         Consolidated With
     In the Matter of Vermilion Corporation
     Our File No. 13215

Dear Joe:

Since the deadline for your client's responses to Tidewater's interrogatories and requests for production of documents and all extensions thereof have long since elapsed, I have scheduled a Local Rule 37.1 conference for December 1, 1998 at 2:00 p.m. in the event I do not receive your responses by that time.

I will call you on December 1, 1998 at 2:00 p.m.

Sincerely,

Susan Stagg Robinson

SSR/mcl



LAW OFFICES
## LABORDE & NEUNER
ONE PETROLEUM CENTER
SUITE 200
1001 W. PINHOOK ROAD
LAFAYETTE, LOUISIANA 70503
(318) 237-7000

CLIFFE E. LABORDE III *
FRANK X. NEUNER, JR. * †
JAMES L. PATE *
LOUIS SIMON II *
DEAN ANDERSON COLE *
BEN L. MAYEAUX *
SUSAN STAGG ROBINSON *
ROBERT E. TORIAN *
JAMES O. HOLLIER *
MELISSA L. THERIOT †
KENNETH W. JONES, JR.
CADE A. EVANS
KEVIN P. MERCHANT
JENNIE P. PELLEGRIN
BRADFORD H. FELDER
JEAN-LOUIS LEMOINE
JAMES C. RATHER, JR.

* A PROFESSIONAL LAW CORPORATION
† ALSO ADMITTED IN TEXAS

C. MICHAEL HILL *
OF COUNSEL

C. E. LABORDE, JR.
1913-1983

POST OFFICE DRAWER 52828
LAFAYETTE, LOUISIANA
70505-2828

FAX: 318-233-9450

December 18, 1998

Mr. Joseph L. Waitz
Waitz & Downer
Post Office Box 7015
Houma, LA 70361

> Re:  In the Matter of Tidewater Inc., et al
>           Consolidated With
>      In the Matter of Vermilion Corporation
>      Our File No. 13215

Dear Joe:

Despite repeated requests and my scheduling a Local Rule 37.1 discovery conference, I still have not received your client's discovery responses which were due in August of 1998.

I thought I would try one more time before filing a motion to compel. Please provide the responses by Wednesday, December 30, 1998.

Thank you for your cooperation.

Sincerely,

Susan Stagg Robinson

SSR/mcl


EXHIBIT

RECEIVED

JAN 1 3 1999

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | : | CONSOLIDATED CIVIL ACTION NO. |
| TIDEWATER INC., TIDEWATER | | 98CV-0081 |
| MARINE, INC. AND TWENTY GRAND | | |
| OFFSHORE, INC., OWNERS | : | JUDGE TRIMBLE |
| AND/OR OWNERS PRO HAC VICE OF | | |
| THE M/V GEERD TIDE | : | MAGISTRATE JUDGE WILSON |

| | | |
|---|---|---|
| IN THE MATTER OF | : | CIVIL ACTION NO. 98-0101 |
| VERMILION CORPORATION, | | |
| OWNER OF THE M/V MALLARD | : | JUDGE TRIMBLE |
| | : | MAGISTRATE JUDGE WILSON |

## O R D E R

Considering the foregoing Motion to Compel;

IT IS ORDERED that the motion to compel of Complainants, Tidewater Inc., Tidewater Marine, Inc., and Twenty Grand Offshore, Inc., be granted and that Robin G. Costa and Earl Bentz, Executors of the Estates of Margaret H. Maddox and Dan W. Maddox, are required to provide responses to Complainants' Interrogatories and Request for Production of Documents by the _____ day of _____, 1999.

Signed this ___ day of _____, 1999 at Lake Charles, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

IN THE MATTER OF TIDEWATER INC ET AL

                          CIVIL ACTION NO.  2:98CV0081
                          JUDGE TRIMBLE
                          MAG. JUDGE WILSON

## NOTICE OF SETTING MOTION

The motion **to compel discovery from Robin G Costa and Earl Bentz** (Document No. 87) filed by **Tidewater Inc, Tidewater Marine Inc & Twenty Grand Offshore Inc** on **01/13/99** will be decided by the Court in Lake Charles, Louisiana, on or before the next regular motion day which is **February 10, 1999**.

Responses to said motion are due within 15 days after service of the motion in accordance with LR7.5W.  At the close of the briefing time, the record will be submitted to the Court for consideration. Responses not timely filed may not be considered by the Court.  **NO ORAL ARGUMENT WILL BE HEARD** unless you are notified to the contrary.

**ORIGINAL** responses and briefs should be mailed for filing to:

    U. S. Clerk of Court
    300 Fannin Street, Suite 1167
    Shreveport, LA 71101-3083

In order to INSURE A PROMPT HEARING, **A COPY** should be mailed **DIRECTLY** to :

    Hon. James T. Trimble, Jr.
    United States District Judge
    611 Broad St., Suite 237
    Lake Charles, LA 70601

SIGNED at Shreveport, Louisiana, January 15, 1999.

                        ROBERT H. SHEMWELL, Clerk of Court

                        BY
                                           Deputy Clerk

COPY SENT
DATE:        January 15, 1999
BY:           sjd
TO:           JTTJR, J.Benoit, Laborde; Blackwell; Straub; Gaudet; Sonnier; Waitz; Folse; Martzell; Ashe; Cooper; Doule; Buffone; Jones; Truxillo