U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

MAR 12 1999

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

*lead case*

| | | |
|---|---|---|
| IN THE MATTER OF TIDEWATER INC., TIDEWATER MARINE, INC. AND TWENTY GRAND OFFSHORE, INC., OWNERS AND/OR OWNERS PRO HAC VICE OF THE M/V GEERD TIDE | * * * * * * * * | CIVIL ACTION NO. 98-CV-0081 (CASE NO. 98-CV-0081 ONLY) <br><br> JUDGE TRIMBLE <br><br> MAGISTRATE JUDGE WILSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REVISED SET OF JOINT STIPULATIONS

**NOW INTO COURT**, through undersigned counsel, come claimants: (1) Dana S. Robertson, individually and on behalf of the Estate of T. Wayne Robertson, and Toby Robertson; (2) Judith M. Nebhut, James N. Maddox and Ellen M. Christianson, surviving children of Dan W. Maddox; (3) Robin G. Costa and Earl Bentz, Executors of the Estates of Margaret H. Maddox and Dan W. Maddox; (4) Tina A. Stelly, individually and on behalf of her unborn child; (5) Danielle U. Stelly, individually and on behalf of her minor child, Ryan Paul Stelly; (6) Timothy J. Vincent and Kathryn Ann Richard Vincent; (7) Vermilion Corporation; (8) Bayou Corporation; (9) Louisiana Workers' Compensation Corporation; and

369860/


108

(10) Westchester Fire Insurance Company (collectively, the "Original Claimants"), and (11) Eugene Church ("Church"), who make the following stipulations in the captioned limitation proceeding in order to justify lifting this Court's stay and allowing the Original Claimants and Church to file and prosecute in a Louisiana state court their claims against Tidewater, Inc., Tidewater Marine, Inc., and Twenty Grand Offshore, Inc., owners and/or owners *pro hac vice* of the M/V GEERD TIDE, and the M/V GEERD TIDE (collectively, "Limitation Plaintiffs"):

1. The Original Claimants and Church stipulate that this Court has exclusive jurisdiction to determine all issues relating to Limitation Plaintiffs' alleged right to limitation of liability under 46 U.S.C. §§ 181 *et seq.* (including, *inter alia*, the proper value of the limitation fund), but the Original Claimants and Church specifically reserve the right to deny and contest in this Court all assertions and allegations made by the Limitation Plaintiffs in the Complaint for Limitation filed in the captioned proceeding.

2. The Original Claimants and Church stipulate that they will not seek from any state court or federal court, other than this Court, any judgment or ruling on the issue of Limitation Plaintiffs' alleged right to limitation of liability; and they hereby waive any claim of res judicata with respect to Limitation Plaintiffs' alleged right to limitation of liability based on any judgment or ruling that may be rendered in any state court or federal court, other than this Court.

3. The Original Claimants and Church, while not stipulating to or agreeing to the sum of $387,350.00 as the combined value of the Limitation Plaintiffs' interest in the M/V GEERD TIDE and her pending freight, hereby stipulate that in the event there is any judgment or recovery in any state court in excess of $387,350.00, whether against the Limitation Plaintiffs or any other liable party or parties who may make a cross-claim over and against the Limitation

Plaintiffs, in no event will the Original Claimants or Church seek to execute or enforce any such judgment or recovery insofar as the same may expose Limitation Plaintiffs to liability in excess of $387,350.00 unless and until this Court establishes a higher value for the limitation fund or denies Limitation Plaintiffs' alleged right to limitation of liability.

4. The Original Claimants and Church specifically reserve all the rights and defenses they may have with regard to the limitation proceeding instituted in this Court including, *inter alia*, the right to challenge in this Court the value of the limitation fund alleged by Limitation Plaintiffs as well as Limitation Plaintiffs' alleged right to limitation of liability.

5. The Original Claimants stipulate that, upon the lifting of the stay, the only state law forum in which they will file and prosecute their state law claims is the Fifteenth Judicial District Court, Vermilion Parish, State of Louisiana, and Church stipulates that, upon the lifting of the stay, the only state law forum in which he will file and prosecute his state law claims is the Civil District Court for Orleans Parish, State of Louisiana, but that he may choose to seek to transfer such claims to the Fifteenth Judicial District Court.

6. The Original Claimants and Church stipulate that none of their claims has priority over any other of their claims and that, if this Court determines that Limitation Plaintiffs are entitled to limitation of their liability, then each set of Original Claimants and Church would have their claim paid from the limitation fund on a pro rata basis (calculated as a proportion of the amount of each set of claims as determined by this Court to the total value of all claims as determined by this Court).

| ATTORNEYS FOR TINA A. STELLY, INDIVIDUALLY AND ON BEHALF OF HER UNBORN CHILD: | ATTORNEYS FOR DANIELLE STELLY, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, RYAN PAUL STELLY: |
|---|---|
| Joseph L. Waitz, 13158<br>WAITZ & DOWNER<br>423 Goode Street<br>P.O. Box 7015<br>Houma, Louisiana 20361-7015<br>Telephone: (504) 876-0870 | Scott J. Folse, 19572<br>16942 Old Hammond Highway<br>Baton Rouge, Louisiana 70816<br>Telephone: (504) 272-8555 |
| ATTORNEYS FOR TIMOTHY J. VINCENT & KATHRYN ANN RICHARD VINCENT: | ATTORNEYS FOR LOUISIANA WORKERS' COMPENSATION CORPORATION: |
| Silas B. Cooper, Jr., 4383<br>COOPER & WOODRUFF<br>121 East St. Victor Street<br>P.O. Box 1213<br>Abbeville, Louisiana 70511-1213<br>Telephone: (504) 893-8810 | Paul O. Buffone, 22281<br>EGAN, JOHNSON, STILTNER & PATTERSON<br>2237 South Acadian Thruway<br>Baton Rouge, Louisiana 70808<br>Telephone: (504) 231-0543 |
| ATTORNEYS FOR CLAIMANTS DANA S. ROBERTSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF T. WAYNE ROBERTSON, AND TOBY ROBERTSON: | ATTORNEYS FOR JUDITH M. NEBHUT, JAMES N. MADDOX AND ELLEN M. CHRISTIANSON, SURVIVING CHILDREN OF DAN W. MADDOX, AND<br>ATTORNEYS FOR ROBIN G. COSTA AND EARL BENTZ, EXECUTORS OF THE ESTATES OF MARGARET H. MADDOX AND DAN W. MADDOX: |
| Phillip A. Wittmann, 13625<br>Barry W. Ashe, T.A., 14056<br>Dorothy H. Wimberly, 18509<br>April D. Dulaney, 22041<br>STONE, PIGMAN, WALTHER, WITTMANN & HUTCHINSON, L.L.P.<br>546 Carondelet Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-3200 | John R. Martzell, T.A., 9013<br>Richard A. Filce, 24413<br>MARTZELL & BICKFORD<br>338 Lafayette Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-9065 |

369860/

| ATTORNEYS FOR VERMILION CORPORATION: | ATTORNEYS FOR BAYOU CORPORATION: |
|---|---|
| John Blackwell, 3118<br>GIBBENS, BLACKWELL & STEVENS<br>P.O. Drawer 13910<br>New Iberia, Louisiana 70562-3910<br>Telephone: (318) 367-8517<br><br>W. Gerald Gaudet, 5971<br>VOORHIES & LABBE<br>P.O. Box 3527<br>Lafayette, Louisiana 70502-3527<br>Telephone: (318) 232-9700<br><br>Charles Sonnier, 12260<br>SONNIER & TRAHAN<br>P.O. Drawer 700<br>Abbeville, Louisiana 70511-0700<br>Telephone: (318) 893-5973 | Douglas W. Truxillo, 12937<br>Gary P. Kraus, 7856<br>ONEBANE, BERNARD, TORIAN, DIAZ,<br>  MCNAMARA & ABELL<br>P.O. Drawer 3507<br>Lafayette, Louisiana 70502-3507<br>Telephone: (318) 237-2660<br><br>Gene W. Lafitte, 8091<br>S. Gene Fendler, 5510<br>Paul Matthew Jones, 19641<br>LISKOW & LEWIS<br>701 Poydras Street<br>50th Floor, One Shell Square<br>New Orleans, Louisiana 70139<br>Telephone: (504) 581-7979 |
| ATTORNEYS FOR WESTCHESTER FIRE INSURANCE COMPANY: | ATTORNEYS FOR EUGENE CHURCH: |
| James B. Doyle, 5061<br>WOODLEY, WILLIAMS, BOUDREAU,<br>  NORMAN, BROWN & DOYLE<br>P.O. Box 3731<br>Lake Charles, Louisiana 70602-3731<br>Telephone: (318) 433-6328 | Randy J. Ungar, 12387<br>George W. Byrne, 3744<br>RANDY J. UNGAR & ASSOCIATES, INC.<br>365 Canal Street, Suite 2030<br>New Orleans, Louisiana 70130<br>Telephone: (504) 566-1616 |

369860/