RECEIVED
SEP 14 2001
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
SEP 19 2001
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF TIDEWATER INC., TIDEWATER MARINE, INC. AND TWENTY GRAND OFFSHORE, INC., OWNERS AND/OR OWNERS PRO HAC VICE OF THE M/V GEERD TIDE | : : : : : | CONSOLIDATED ACTION NO. 98CV-0081 JUDGE TRIMBLE MAGISTRATE JUDGE WILSON |

## JUDGMENT ~~ORDER~~

Considering the foregoing motion,

IT IS HEREBY ORDERED that all remaining claims in the above consolidated matter be and they are hereby dismissed with prejudice with each party to bear its own costs;

IT IS FURTHER ORDERED that given the dismissal of all pending claims and the order executed by this court on July 7, 1998, defaulting all future claimants and barring any future claims, final judgment is rendered herein in favor of complainants, Tidewater Inc., Tidewater Marine, Inc. n/k/a Tidewater Marine, L.L.C., and Twenty Grand Offshore, Inc. for exoneration and discharge from all liability arising from the January 14, 1998 collision of the M/V Mallard and the M/V Geerd Tide.

IT IS FURTHER ORDERED that the Bond for Value and Costs, with surety, deposited by Complainants with the court as security for the value of the Complainants' interest in their vessel, pending freight, and passage money, if any, is hereby released.

Lake Charles, Louisiana, this 19th day of September, 2001.

_____
UNITED STATES DISTRICT JUDGE

```
JUDGMENT ENTERED
  9/20/01
BY  Olive Morceau
COPY  Laborde
      Blackwell
      Straub
      Gaudet
      Sonnier
      Waitz
      Folse
      Martzell
      Ashe
      Cooper
      Doyle
      Buffone
      Williams
      Jones
      Truxillo
      Le Mon
      Byrne
      Ungar
      JTT/RH
      JB
      Financial -Fax
```